# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-99V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * *

ELIZABETH A. HARRIS,

              Petitioner,

       v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

              Respondent.

June 14, 2018

Joint Stipulation of Dismissal;
Rule 21(a); No Judgment; Order
Concluding Proceedings.

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On June 1, 2018, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

   **IT IS SO ORDERED.**

**s/ Katherine E. Oler**
Katherine E. Oler
Special Master
